IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON MORRALL, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-417-TES-CHW |
| | * |
| Warden KEVIN SPRAYBERRY, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 24, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of March, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk